UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BONNIE B., | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 3:19-cv-01328-B-BT |
| ANDREW SAUL, Commissioner of Social Security | § § § § | |
| Defendant. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated April 23, 2021. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 18th day of May, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

1